**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Joseph Boutte (DOC#187762)
Franklin Parish Detention Ctr.
388 Natures Acres Road
Winnsboro LA 71295


**REHEARING ACTION: March 21, 2012**


**Docket Number: 11   00595-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JOSEPH BOUTTE**

**Writ Application from Lafayette Parish Case No. 127281**


<u>**BEFORE JUDGES**</u>**:**

    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**
    **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Boutte** has this day been

    **DENIED.**


cc: Michael Harson, Counsel for  the Respondent